

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00296-CV

**IN THE INTEREST OF T.M.C.**, A.M.C., and N.R.S.C., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02352
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED September 14, 2016.

_____
Jason Pulliam, Justice